# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERIC J. HILL, an individual, and XIAO J. HILL, an individual<br><br>Plaintiffs,<br><br>v.<br><br>ALEXANDER L. MAZZIA, JR., and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:14-cv-00757-APG-PAL<br><br>**ORDER REMANDING CASE TO STATE COURT** |

Based upon Defendant's request to withdraw his Petition for Removal (Dkt. #8), and good cause appearing, it is hereby ordered that this case is remanded to the state court.

Dated: May 19, 2014.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE